UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF AIRBOAT ADVENTURES, LLC. AS | * | |
| OWNERS AND/OR OPERATORS OF THE | * | |
| UNNAMED VESSEL BEARING REG. NO. | * | NO. 10-2872 |
| LA2580FL, HULL NO. A0N00972K001 | * | |
| FOR EXONERATION FROM OR LIMITATION | * | |
| OF LIABILITY | * | SECTION "B"(2) |

**ORDER**

Considering Claimant's Motion to Lift Stay and to Remand (Rec. Doc. No. 27),

**IT IS ORDERED** that said motion is hereby **DENIED WITHOUT PREJUDICE** to reurge with an amended stipulation that comports, except as noted below, with *Texaco, Inc. v. Williams*, 47 F.3d 765, 768 (5th Cir.), *cert. denied*, 516 U.S. 907 (1995); *see also* CA# 95-3098, Order & Amended Stipulations at Rec. Doc. Nos. 19 & 15. An exoneration stipulation is not required because a stipulation to limitation of liability is adequate to protect owner's rights under the Limitation Act. *In re Tidewater, Inc.*, 249 F.3d 342, 346 (5th Cir. 2001).

New Orleans, Louisiana, this 14th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE