UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF AIRBOAT ADVENTURES, LLC, AS OWNERS and/or OPERATORS OF THE UNNAMED VESSEL BEARING REG. NO. La2580FL, HULL NO. A0N00972J001 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * CIVIL ACTION NO: 10-2872 <br> * <br> * JUDGE IVAN L.R. LEMELLE <br> * <br> * MAGISTRATE <br> * JOSEPH C. WILKINSON, JR. <br> * |

******************************************  *

## OPPOSITION TO AMENDED MOTION TO LIFT STAY AND TO REMAND

**MAY IT PLEASE THE COURT:**

**NOW COMES**, Airboat Adventures, LLC ("Airboat") as owners and/or operators of the unnamed vessel who oppose Wendy and Ronald Bunner ("Claimants") Amended Motion to Lift Stay and to Remand their claims to state court on grounds that claimants have not filed Amended Stipulations in compliance with the Court's Order denying their first Motion to Lift the Stay. As noted in the Order, their Stipulations are deficient. (Rec. Doc. 30)

To Airboat's knowledge, the Bunners' claims arise out of an alleged June 5, 2009 incident in which some passengers on a swamp tour airboat lost their balance and fell. James King, referenced in the Bunners' Memorandum, is not a claimant and was not on board the airboat. Further, to Airboat's knowledge no one died.

Airboat respectfully submits that claimants must comply with the Court's Order (Rec. Doc. 30) by filing conforming Amended Stipulations submits that the Motion to Lift

Stay and to Remand should be denied.

>Respectfully submitted,
>
>**REICH, ALBUM & PLUNKETT, LLC**
>
>/*S/ ROBERT S. REICH*
>**ROBERT S. REICH, T.A. (#11163)**
>**ROBERT B. ACOMB (#02303)**
>Two Lakeway Center, Suite 1000
>3850 North Causeway Boulevard
>Metairie, LA  70002
>Tel:  (504) 830-3999
>Fax: (504) 830-3950
>e-mail: rreich@rapllclaw.com
>            racomb@rapllclaw.com
>**Attorneys for Airboat Adventures, LLC**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on all counsel to these proceedings, either by facsimile, hand delivery or by placing a copy of same in the United States Mail, postage prepaid and properly addressed this 31st day of October 2011.

>/*S/ ROBERT S. REICH*