UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE COMPLAINT      *      CIVIL ACTION
OF AIRBOAT ADVENTURES, LLC. AS      *
OWNERS AND/OR OPERATORS OF THE      *
UNNAMED VESSEL BEARING REG. NO.     *      NO. 10-2872
LA2580FL, HULL NO. A0N00972K001     *
FOR EXONERATION FROM OR LIMITATION  *
OF LIABILITY                        *      SECTION "B"(2)

ORDER

Considering the foregoing Amended Motion to Lift Stay and to Remand (Rec. Doc. No. 31),

**IT IS ORDERED** that the amended motion to lift stay is hereby **GRANTED**, but only as to Wendy and Ronald Bunner, provided that no later than December 2, 2011, said claimants shall file ordered stipulations sworn to and signed by them individually.

**IT IS FURTHER ORDERED** that the motion to remand is **DENIED; upon compliance with above directive and subject to the Limitation Act and orders of this court, movants may proceed with the related state court action.**

New Orleans, Louisiana, this 22nd day of November, 2011.

_____

UNITED STATES DISTRICT JUDGE