UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE COMPLAINT *   CIVIL ACTION NO: 10-2872
OF AIRBOAT ADVENTURES, LLC, AS *
OWNERS and/or OPERATORS OF THE *   JUDGE IVAN L.R. LEMELLE
UNNAMED VESSEL BEARING REG. *
NO. La2580FL, HULL NO. A0N00972J001 *
FOR EXONERATION FROM *   MAGISTRATE
ABILITY *  JOSEPH C. WILKINSON, JR.
************************************ *

## AMENDED STIPULATIONS IN FAVOR OF LIMITATION PETITIONER

**NOW COMES** Wendy Bunner and Ronald Bunner (collectively as "Claimants"), pursuant to the order of this Court, hereby stipulate to and agree to the following stipulations in the event this Court lifts the stay and dissolves the injunction issued herein, allowing the parties hereto to proceed in state court. This stipulation is authorized by and entered into by the Claimants through their duly appointed agent and attorney in fact, Lawrence A. Arcell.

1.

Claimants stipulate that complainant is entitled to and has the right to litigate all issues relating to limitation of liability pursuant to the provision of 46 U.S.C. §30503, *et seq.*, in this court.

1

2.

Claimants stipulate that they will not seek in the state court action filed in this matter in the Civil District Court for the Parish of Orleans, State of Louisiana, any judgment ruling on the issue of complainant's right to limitation of liability under 46 U.S.C. §30503, *et seq.*, and hereby consents to waive any claim of res judicata and/or collateral estoppel relevant to such issues of limitation of liability based on any judgement which may be rendered in the said state court action.

3.

Claimants stipulate this Court has the exclusive authority to determine the value of the vessel sought to be limited in these proceedings, to determine the value of any limitation fund which may be necessary for the satisfaction of claims against the vessel owner and, in addition has the exclusive authority to determine whether or not the vessel owner has the right to limit its liability to them.

4.

Claimants stipulate that in the event there is a judgment or recovery in the state court action in excess of the value of the vessel and its then-pending freight, whether against the complainant or any other liable parties who make cross-claim or claim over against the complainant, in no event will claimants seek to enforce said excess judgment or recovery insofar as same exposes complainant to

liability in excess of the value of the vessel and its then-pending freight pending the adjudication of limitation of liability in this District Court.

5.

Claimants specifically reserve their right to challenge in this Court the value of the limitation fund.

6.

Claimants stipulate that their claim does not have priority over any other and that the claim will be paid form the limitation fund on a pro rata basis.

7.

Claimants stipulate that if complainant is entitled to limitation and their insurers, if any, are subject to direct action, then complainant shall have priority over claimants with respect to the proceeds of such insurance to the extend that they are entitled to such proceeds, whether by contract or at law.   Claimants specifically do not stipulate that their claims against any and all such insurers will be limited by the Court's limitation vis-a-vis the complainant.   Claimants further do

not stipulate that they will seek interpretation of the policy or policies of such insurers in this Court or that the assertion of claims against such insurers will await decision by this Court with respect to issues relating to limitation of liability of complainant pursuant to 46 U.S.C. §30503, *et seq*.

8.

These stipulations are made only in the event that his Court lifts the stay and allows the claimant's action to proceed in state court.   Otherwise, the stipulations are withdrawn.

_____
Wendy Bunner
Date: 11/30/11

_____
Ronald Bunner
Date: 11/30/11

4

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 30th DAY OF NOVEMBER, 2011

_____
NOTARY PUBLIC

my commission expires on MY COMMISSION EXPIRES APRIL 4, 2021

LAW OFFICE OF LAWRENCE A. ARCELL LLC

_____
LAWRENCE A. ARCELL (T.A. #2513)
4240 Canal Street
New Orleans, Louisiana 70119
504.309.6731
504.304.4587 (fax)
larryarcell@gmail.com

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been served on all counsel of record electronically.

_____
Lawrence A. Arcell