UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF AIRBOAT ADVENTURES, LLC. AS | * | |
| OWNERS AND/OR OPERATORS OF THE | * | |
| UNNAMED VESSEL BEARING REG. NO. | * | NO. 10-2872 |
| LA2580FL, HULL NO. A0N00972K001 | * | |
| FOR EXONERATION FROM OR LIMITATION | * | |
| OF LIABILITY | * | SECTION "B"(2) |

## ORDER

In light of the Court's February 27, 2012 Order remanding claimants' action to the respective state court for further proceedings,

**IT IS ORDERED** that the pre-trial conference and jury trial scheduled for the above-captioned case are rendered **MOOT**.

New Orleans, Louisiana, this 10th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE