UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF AIRBOAT ADVENTURES, LLC. AS | * | |
| OWNERS AND/OR OPERATORS OF THE | * | |
| UNNAMED VESSEL BEARING REG. NO. | * | NO. 10-2872 |
| LA2580FL, HULL NO. A0N00972K001 | * | |
| FOR EXONERATION FROM OR LIMITATION | * | |
| OF LIABILITY | * | SECTION "B"(2) |

### ORDER

In light of the Court's February 27, 2012 and April 10, 2012 Orders in the above-captioned case,

**IT IS ORDERED** that the captioned action shall be **administratively closed until October 1, 2012,** for statistical purposes only, without prejudice to the parties' right to reopen the case upon timely compliance with the orders contained herein. The administrative closure can be lifted upon motion of either party provided said motion is filed no later than **September 24, 2012**. Failure to timely file the motion to reopen will lead to dismissal of this action without further notice.

New Orleans, Louisiana, this 16th day of April, 2012.

UNITED STATES DISTRICT JUDGE