UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF AIRBOAT ADVENTURES, LLC, AS<br>OWNERS and/or OPERATORS OF THE<br>UNNAMED VESSEL BEARING REG. NO.<br>La2580FL, HULL NO. A0N00972J001 FOR<br>EXONERATION FROM OR LIMITATION<br>OF LIABILITY | *CIVIL ACTION NO.<br>  10-2872<br>* SECTION "B"<br><br>*JUDGE IVAN LEMELLE<br><br>*MAGISTRATE  JUDGE<br>JOSEPH WILKINSON,<br>JR. |

*****************************************************************************

## MOTION TO RE-OPEN

**NOW INTO COURT,** through undersigned counsel, comes Airboat Adventures, LLC (hereinafter "Airboat") who moves to re-open the captioned matter, which was administratively closed pending the outcome of the State Court actions pursuant to the Court's Order (Rec. Doc. 39) (attached hereto as "Exhibit A").  The related State Court actions remain pending. Therefore, to preserve the rights of the parties, Airboat requests that the Court re-open this matter, and then administratively close it again, entering an Order that counsel for any party may move to re-open the case within thirty (30) days after entry of final judgment in the pending State Court actions.

      Respectfully submitted,

      PUGH, ACCARDO, HAAS, RADECKER &
      CAREY, L.L.C.

      BY:   */s/ Alexander L. Burns*
      CHRISTOPHER E. CAREY (#1751)
      ALEXANDER BURNS (#31076)
      3200 Energy Centre, 1100 Poydras Street
      New Orleans, LA 70163-3200
      (504) 799-4548
      (504) 799-4520 (fax)
      ccarey@pugh-law.com
      aburns@pugh-law.com
      *Counsel for Airboat Adventures, LLC*

## CERTIFICATE OF SERVICE:

I hereby certify that on <u>Friday, September 21, 2012</u>, I did file a copy of the foregoing pleading into the CM/ECF system for the United States District Court for the Eastern District of Louisiana, which automatically transmitted a copy of same to all parties enrolled therein. For those parties not so enrolled, copies of the foregoing pleading and all related attachments were served upon them by placing a copy of same in the United States Mail, postage prepaid and properly addressed, or by facsimile and/or email where applicable.

                                                                */s/ Alexander L. Burns*
                                                 **ALEXANDER BURNS (#31076)**

12303.1/Pleadings/Mtn to Reopen.09.17.12